# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv95

| | |
|---|---|
| **HENDERSON OIL COMPANY, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **JUDGMENT** |
| ) | |
| **RON L. COWART,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and all issues having been submitted to and tried by a jury, and the Verdict of the jury having been duly recorded and entered upon the record,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** in accordance with such Verdict that the plaintiff **HENDERSON OIL COMPANY, INC.**, recover of the defendant **RON L. COWART** the sum of $170,000.00, with interest thereon accruing at the rate provided by law, and its costs of this action as may be determined by the Clerk of this court.

Signed: March 13, 2008

_____
Dennis L. Howell
United States Magistrate Judge